IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY DeLEON                                                           Plaintiff

v.                              3:05CV00247 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                              Defendant

## ORDER

Defendant has filed an unopposed motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record and to issue a new decision. That motion is unopposed. Under the circumstances, a sentence four remand is appropriate. Buckner v. Apfel, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, it is hereby

ORDERED that Defendant's motion to remand (docket #15) is hereby granted. All other pending motions are hereby rendered moot. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal

Access to Justice Act.

DATED this 4th day of January, 2007.

                                                /s/ John F. Forster, Jr.
                                                UNITED STATES MAGISTRATE JUDGE