**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


MARY DeLEON                                                          Plaintiff

v.                                    3:05CV00247 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                            Defendant


<u>**JUDGMENT**</u>


    Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action.  This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

    IT IS SO ORDERED this 4th day of January, 2007.


/s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE
